

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 27, 2020

That's fine.  I will expect a disposition on Jan. 30.  If for some reason it does not materialize, we will set a new hearing date on Jan. 30.  Also, the time on Jan. 30 will be 12:30 pm rather than 10:30 am.

SO ORDERED.

*/s/ Cathy Seibel*   1/27/20
CATHY SEIBEL, U.S.D.J.

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *United States v. Richard Lockett*, **13 Cr. 880 (CS)**

Dear Judge Seibel:

The Government writes to inform the Court that the parties expect to reach an agreed upon disposition of the pending violations in the above-captioned case.  As the Court knows, an evidentiary hearing is currently scheduled for January 30, 2020 at 10:30a.m.  With the consent of defense counsel, the Government proposes that the January 30 court appearance remain in place, but that the parties appear for a likely plea disposition and sentencing, rather than an evidentiary hearing.  In order to avoid unnecessarily inconveniencing possible witnesses, the Government respectfully proposes that—in the unlikely event that no plea occurs—the evidentiary hearing be adjourned.  Defense counsel has informed the Government that he joins in this adjournment request on behalf of his client.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:     /s/
Jim Ligtenberg
Assistant United States Attorney
(914) 993-1953

cc:     Daniel Parker, Esq. (by ECF)