

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 27, 2020

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Richard Lockett*, 13 Cr. 880 (CS)

Dear Judge Seibel:

    In order to comply with its disclosure obligations in the above-captioned case, the Government seeks to disclose portions of the chronology kept by the U.S. Probation Department ("Probation") to defense counsel, Daniel Parker, Esq. Probation has advised the Government that the chronology cannot be released to Mr. Parker without an order from the Court. Accordingly, the Government respectfully requests that the Court order the disclosure of those portions of Probation's chronology that are relevant to the pending violation proceeding.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

    /s/
Jim Ligtenberg
Assistant United States Attorney
(914) 993-1953

Probation may release to the Government, and the Government may release to Mr. Parker, any and all portions of the Probation Office's chronology that are relevant to the pending violation proceeding.

SO ORDERED.

*[signature]*
CATHY SEIBEL, U.S.D.J.

1/27/20

cc:    Daniel Parker, Esq. (by ECF)